# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEVIN A. BUNDY, : No. 29 WM 2016
:
Petitioner :
:
:
:
v. :
:
:
CLEARFIELD COUNTY COURT OF :
COMMON PLEAS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.